[No. 60275-6-I.   Division One.   May 5, 2008.]

CYNTHIA R. PEDERSEN, *Appellant*, v. SNOHOMISH COUNTY CENTER FOR BATTERED WOMEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-09255-6, Gerald L. Knight, J., entered August 14, 2007. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Lau, JJ.

[No. 60326-4-I.   Division One.   May 5, 2008.]

THOMAS ESPINOSA ET AL., *Appellants*, v. PROJECT SERVICES CORP., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-11794-6, Anita L. Farris, J., entered June 26, 2007. *Reversed* by unpublished per curiam opinion.

[No. 60471-6-I.   Division One.   May 5, 2008.]

LG ENTERPRISES, INC., *Appellant*, v. WASHINGTON MUTUAL BANK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-05354-1, Charles W. Mertel, J., entered August 14, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.

[No. 60561-5-I.   Division One.   May 5, 2008.]

THE BRASS KEY, INC., *Appellant*, v. MARTIN CROWLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-33271-7, Richard A. Jones, J., entered August 14, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.